IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JEREMY WHITE, :
:
    Plaintiff(s), :
: Case Number: 1:04cv410
vs. :
: District Judge Susan J. Dlott
CORRECTION OFFICER HOLTZMAN, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on March 27, 2006(Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 13, 2006, hereby ADOPTS said Report and Recommendations.

Accordingly, Plaintiff's complaint is DISMISSED with prejudice for lack of prosecution. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of this Court's Order would not be taken in good faith. *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Circuit 1997).

IT IS SO ORDERED.

                                                                s/Susan J. Dlott
                                                                Susan J. Dlott
                                                                United States District Judge